**Order entered February 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00023-CV**

**MILTON ALFARO, Appellant**

**V.**

**FLOORPLAN XPRESS LLC.-OK, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03422-2019**

## ORDER

Before the Court is Collin County District Clerk Lynne Finley's second notice to the Court that appellant has not paid the fee for the clerk's record. Although appellant filed a letter February 10, 2020 stating he was paying the clerk's fee, the enclosed check was for payment of the appellate court filing fee. Accordingly, we **ORDER** appellant to file, no later than March 2, 2020, written verification he has paid or made arrangements to pay for the clerk's record. *We caution appellant that failure to comply may result in the appeal being dismissed without further notice.* See TEX. R. APP. P. 37.3(b), 42.3(b),(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE